UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIAKA RONZETTA DAVIS,

    Plaintiff,

v.

| | |
|---|---|
| MARTIN A.V. TUMA, VASCULAR SURGERY, P.L.L.C., a Michigan Professional Limited Liability Corporation and MARTIN A.V. TUMA, M.D., an Individual, | Case No. 2:12-cv-14067-RHC-MJH<br>Hon. Robert H. Cleland<br>Magistrate Judge Michael J. Hluchaniuk |
|     Defendants. | |

_____/

| | |
|---|---|
| Melvin Houston (P36280)<br>Attorney for Plaintiff<br>15346 Asbury Park<br>Detroit, MI 48227-1545<br>(313) 835-6479<br>aa4624@wayne.edu | Alex L. Alexopoulos (P40547)<br>Jennifer D. Rupert (P72199)<br>Starr, Butler, Alexopoulos & Stoner, PLLC<br>Attorneys for Defendants<br>20700 Civic Center Drive, Ste. 290<br>Southfield, Michigan 48076<br>(248) 554-2700<br>ala@starrbutler.com<br>jrupert@starrbutler.com |

_____/

**STIPULATION AND ORDER STRIKING
PLAINTIFF'S PRELIMINARY WITNESS LIST (ECF # 10)**

    At a session of said Court held in the United States District Court for the Eastern District of Michigan, located in the City of Detroit, County of Wayne, State of Michigan.

    PRESENT:   Hon. Robert H. Cleland
                       U.S. District Court Judge

    This matter is before the Court based upon the stipulation of the parties (as signified by their below signatures) in which the parties have stipulated that Plaintiff's Preliminary Witness List (ECF #10) (filed February 5, 2013) shall be stricken from the record in its entirety for the

reason that it contains confidential information regarding Defendants' medical practice. Plaintiff filed her *Amended* Preliminary Witness List (ECF #14) on May 13, 2013, in replacement of Plaintiff's Preliminary Witness List (ECF #10). The Court, having reviewed the Court's records and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED THAT Plaintiff's Preliminary Witness List (ECF #10) is stricken in its entirety. The Clerk is directed to strike and remove Plaintiff's Preliminary Witness List (ECF #10) from the record.

Dated:_ May 30, 2013

s/Robert H. Cleland
Hon. Robert H. Cleland
U.S. District Court Judge

Approved as to form and substance:

/s/ Melvin Houston
Melvin Houston (P36280)
Attorney for Plaintiff

/s/ Alex L. Alexopoulos
Alex L. Alexopoulos (P40547)
Attorney for Defendants