UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIAKA RONZETTA  DAVIS,

        Plaintiff,        CIVIL ACTION NO: 12-CV-14067-DT

v.

MARTIN A.V. TUMA, VASCULAR SURGERY,
P.L.L.C. et al.,

        Defendants.
_____ /

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above-entitled action has been settled, therefore; based upon the representation of plaintiff's counsel;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of either party to move within sixty (60) days to vacate this Order if settlement is not consummated. After 60 days from this date, this dismissal is with prejudice.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  August 29, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 29, 2013, by electronic and/or ordinary mail.

        s/Holly Monda for Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522